IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

ANNER ARIEL CORDON-SALGUERO      *
                                 *
        Petitioner,              *
                                 *
    v.                           *   Civil No. GLR-cv-25-1626
                                 *
                                 *
KRISTI NOEM, et al.,             *
                                 *
        Respondents.             *
                                 *
                            ******

### ORDER

Respondents' response to Petitioner's Writ of Habeas Corpus filed on May 20, 2025 is due June 4, 2025;

Petitioner's Reply is due June 11, 2025;

A hearing, should the Court determine necessary, will be scheduled on June 16, 17, or 18. *or to be determined by the Court.*

Date: 6/4/2025

George L. Russell, III
United States District Judge