IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANNER ARIEL CORDON-SALGUERO, | * |
| | * |
| Petitioner, | * |
| | *   Civil Action No. GLR-25-1626 |
| v. | * |
| KRISTI NOEM, et al., | * |
| | * |
| Respondents. | * |
| | *** |

**ORDER**

It is this 13th day of June, 2025 by the United States District Court for the District of Maryland hereby:

ORDERED that the Court CONSTRUES Respondents' Response in Opposition to Petitioner's Application for Writ of Habeas Corpus, Motion to Dismiss, or Alternatively to Stay Proceedings (ECF No. 8) as an Answer to Petitioner's Application for Writ of Habeas Corpus;[1]

IT IS FURTHER ORDERED that Respondents may FILE a Surreply to Petitioner's Reply Memorandum in Support of Petition for Writ of Habeas Corpus (ECF No. 12) to address any new arguments raised by Petitioner;

IT IS FURTHER ORDERED that in light of the hearing scheduled for June 18, 2025, the schedule set out in this Court's June 4, 2025 Order (ECF No. 7), and the briefing

---

[1] Respondents' Response in Opposition to Petitioner's Application for Writ of Habeas Corpus, Motion to Dismiss, or Alternatively to Stay Proceedings makes no reference to Federal Rule of Civil Procedure 12(b). (See generally ECF No. 8).

schedule jointly requested by the parties (ECF Nos. 5, 5-1), Respondents Surreply, should they choose to file one, is due on or before 12:00pm June 16, 2025.

                                                   /s/
                                  George L. Russell, III
                                  Chief United States District Judge