IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANNER ARIEL CORDON-SALGUERO, | * | |
| | * | |
| Petitioner, | * | Civil Action No. GLR-25-1626 |
| v. | * | |
| KRISTI NOEM, et al., | * | |
| Respondents. | * | |
| | * | |
| | *** | |

## ORDER

It is this 18th day of June, 2025 by the United States District Court for the District of Maryland hereby:

ORDERED that Petitioner Anner Ariel Cordon-Salguero's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART AND DENIED IN PART;

IT IS FURTHER ORDERED that Count I is GRANTED;

IT IS FURTHER ORDERED that Counts II through IV are DISMISSED without prejudice;[1]

IT IS FURTHER ORDERED that Respondents RELEASE Petitioner to the Baltimore ICE Facility, located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21202, on or before 5:00 P.M. on Friday, June 20, 2025, under the same terms as his previous Order of Supervision;

---

[1] Petitioner voluntarily dismisses claims II through IV based on Respondents' representation that "Petitioner . . . will not be removed to Guatemala. Rather, he will be removed to Mexico, a third country pursuant to the D.V.D. procedures." (Answer at 12, ECF No. 8-1).

IT IS FURTHER ORDERED that any modifications to Petitioner's Order of Supervision shall be made under the appropriate administrative regulations, including but not limited to 8 C.F.R. § 241.13(h)(1);

IT IS FURTHER ORDERED that the parties FILE a Joint Status Report by July 15, 2025, updating the Court on the Government's compliance with this Order; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter to enforce compliance with this Order.

_/s/ George L. Russell_
George L. Russell, III
Chief United States District Judge